1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant CUFF
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) No. 4-10-70375-MAG
   |                           )
12 |              Plaintiff,   ) **STIPULATION AND [PROPOSED]**
   |                           ) **ORDER CONTINUING STATUS**
13 | vs.                       ) **HEARING**
   |                           )
14 | JOSEPH CUFF,              ) Hearing Date: May 26, 2010
   |                           ) Requested Date: June 30, 2010
15 |              Defendant.   )
   | _____ )
16

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 STATUS ON RULE 32.1 PROCEEDINGS HEARING date of May 26, 2010 presently

19 scheduled at 10:00 a.m., before the Honorable Laurel Beeler, be vacated and re-set for June 30,

20 2010 at 10:00 a.m. before the United States Magistrate in Oakland for STATUS ON RULE 32.1

21 PROCEEDINGS HEARING.

22     The parties have agreed to a joint disposition in this case which involves transfer of

23 jurisdiction to this district. That process has begun, but it will take a few weeks to complete.

24 The parties therefore ask that the matter be continued for disposition.

25

26

                                    1

|   |   |
|---|---|
| Date   05/25/10 | /s/<br>John Paul Reichmuth<br>Assistant Federal Public Defender<br>Counsel for defendant CUFF |

|   |   |
|---|---|
| Date   05/25/10 | /s/<br>Maureen Bessette<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.        /S/ JOHN PAUL REICHMUTH

ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 30, 2010 at 10:00 a.m., before the Oakland Duty Magistrate for DISPOSITION HEARING.

IT IS SO ORDERED.

May 27, 2010
Date

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

2