1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 | 555 - 12th Street
Suite 650
4 | Oakland, CA 94607-3627
Telephone: (510) 637-3500
5
Counsel for Defendant CUFF
6
7
8 | IN THE UNITED STATES DISTRICT COURT
9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,   )   No. 4-10-70375-MAG
                                )
12 |            Plaintiff,       )   **STIPULATION AND [PROPOSED]**
                                )   **ORDER CONTINUING STATUS**
13 | vs.                         )   **HEARING**
                                )
14 | JOSEPH CUFF,                )   Hearing Date: August 12, 2010
                                )   Requested Date: September 9, 2010
15 |            Defendant.       )
    | _____)
16
17 |     IT IS HEREBY STIPULATED, by and between the parties to this action, that the
18 | STATUS ON RULE 32.1 PROCEEDINGS HEARING date of August 12, 2010 presently
19 | scheduled at 10:00 a.m., before the Honorable Donna M. Ryu, be vacated and re-set for
20 | September 9, 2010 at 10:00 a.m. before the United States Magistrate in Oakland for STATUS
21 | ON RULE 32.1 PROCEEDINGS HEARING.
22 |     The parties are discussing a new joint disposition in this case which involves transfer of
23 | jurisdiction to this district. The parties wish to meet and confer further, and discuss the matter
24 | with parties in the charging District. The parties therefore ask that the matter be continued for
25 | disposition.
26

|   |   |
|---|---|
| Date   08/11/10 | /s/<br>John Paul Reichmuth<br>Assistant Federal Public Defender<br>Counsel for defendant CUFF |
| Date   08/11/10 | /s/<br>Maureen Bessette<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.   /S/ JOHN PAUL REICHMUTH

ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to September 9, 2010 at 10:00 a.m., before the Oakland Duty Magistrate for STATUS ON RULE 32.1 PROCEEDINGS HEARING.

IT IS SO ORDERED.

8/11/2010
Date

IT IS SO ORDERED
Judge Donna M. Ryu
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

2